FILED
2022 Feb-10 PM 01:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| MARKUS O'SHEA PAYNE, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 5:21-cv-01533-ACA-SGC |
| KELLEY ALLEN, *et al.*, | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

On January 10, 2022, the magistrate judge entered a report recommending the court dismiss this case without prejudice for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b). (Doc. 8). Although the court advised Plaintiff Markus O'Shea Payne of his right to file specific written objections by January 24, 2022, it has not received objections or any other response from Mr. Payne. Indeed, the report and recommendation mailed to Mr. Payne at the address he provided to the court (doc. 1 at 2), was returned as undeliverable (doc. 9).

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** her recommendation. Accordingly, the court **WILL DISMISS** this action **WITHOUT PREJUDICE** for failure to prosecute.

The court will enter a separate final order consistent with this opinion.

**DONE** and **ORDERED** this February 10, 2022.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE